# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

**JEFFERY GLEN WARD**                                                                 **PLAINTIFF**

**v.**                                                      **CIVIL ACTION NO. 4:21-CV-P135-JHM**

**BILL HENSON** *et al.*                                                            **DEFENDANTS**

## ORDER

For the reasons set forth in the separate Memorandum entered this date and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the instant action is **DISMISSED with prejudice** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and failure to comply with an Order of this Court.

All pending motions are **DENIED as moot**.

There being no just reason for delay in its entry, this is a **final Order**.

The Court further **certifies** that an appeal *in forma pauperis* would be frivolous and, therefore, would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:     Plaintiff, *pro se*
        Counsel of Record
4414.011